

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

IVETTE M. FIGUEROA
_____ Plaintiff(s)

vs.

Dr. Hugo Salguero ①
Advance Pain Mgt ② _____ Defendant(s)

Case Number: **19 CV 367 GKF - FHM**

**FILED**
JUL 0 8 2019
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

## COMPLAINT

A. Parties

1) IVETTE M. FIGUEROA, is a citizen of OKLAHOMA
   (Plaintiff) (State)
   who presently resides at 1060 S. MINGO RD SUITE A, TULSA, OK 74129
   (mailing address if different from residence)

2) Defendant Dr. Hugo Salguero (MD) is a citizen of TULSA, OK
   (Name of first defendant) (City, State)
   and is employed as ADVANCE PAIN MANAGEMENT CENTER (DOCTOR)
   (Position and title, if any)

3) Defendant ADVANCE PAIN MANAGEMENT is a citizen of TULSA, OK
   (Name of second defendant) (City, State)
   and is employed as FRANCHISE OWNERS, & ITS PRODUCTS PROVIDERS
   (Position and title, if any)

[You may attach additional pages (8½" x 11") to furnish the above information for additional defendants.]

B. Jurisdiction

1) Jurisdiction is asserted pursuant to:
   42 U.S CODE §1983, AMERICAN DISABILITIES ACT, THE RACKETEER INFLUENCE & CORRUPT ORGANIZATIONS ACT @ 18USC 1961

C. Nature of Case

1) Briefly state the background of your case:
   PLAINTIFF ASSERT THIS COURT JURISDICTION, AND SEEKS REMEDIES FOR INJURIES. PLAINTIFF IS A DISABLE PERSON WHO WAS UNDER DEFENDANTS MEDICAL CARE, FOR AROUND (4) FOUR TO (5) FIVE YEARS. IN (4) FOUR DIFFERENT OCASIONS DEFENDANTS REFUSE, OR DENIED VITAL MEDICATION INCLUDING TODAY.

D. Cause of Action

I allege the following:

1. THAT THE PAIN MANAGEMENT IS A FRANCHISE, WHO GAINS FINACIALLY BY SERVICING MOST OF INJURED OR HURTING CITIZENS OF TULSA OK

Complaint                         1                         CV-05 (12/05)

SPECIALLY THE DISABLE COMMUNITY. BUT 100% PERCENT OF THIS MEDICATION IS OPIOIDS BASE.

Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

By PROVIDING THIS OPIODS BASE MEDICATIONS, THEY CREATE A CLIENTELE OF DRUG ADDICTS, BY DOING SO THE DOCTOR & PROVIDERS ARE SUBJECTING ME TO A UN-NESESARY PAIN, WITHDRAWS, & SUICIDAL THOUGHTS, OUT OF DESPE-
2. RATION FOR THIS OPIODS BASE MEDICATIONS.
OPIOIDS BASE MEDICATIONS ARE EXTREMELY HIGHLY ADDICTIVE.
BUT BOTH OF DEFENDANT PROFITED FROM IT, FOR YEARS.

Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

(2) THAT IN (4) OCASIONS THIS MEDICATION WAS DENIED TO ME
(1) JULY-2019 (TODAY) (2) OCTOBER 2018 (3) JULY 2018 (4) MARCH 2018

3. ALSO, THAT THIS DEFENDANTS FAIL TO INFORM ME, OF THE DRUG ADDICTION DANGERS OF IT, SPECIALLY THE WITHDRAWS. BESIDES OF NEATLY CREATING CONTRACTS FOR US TO SIGN, WICH

Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

AIR TIDE, SO NO ONE CAN CREATE A COMPLAINT AGAINST BOTH DEFENDANTS. THIS DEFENDANTS ARE AT WILL DENYING & CREATING UN-NESESARY SUFFERING ON PLAINTIFFS.

[If necessary, you may attach additional pages (8½" x 11") to explain any allegation or to list additional supporting facts in the same format as above.]

E. Request for Relief

I believe that I am entitled to the following relief:

(1) WHAT EVER THIS COURT DEEMED REASONABLE FINANCIALLY.
(2) COMPLETLY TOTAL REHABILITATION OR DETOX FACILITY PAYMENT.

_____
Original Signature of Plaintiff
1060 S. MINGO RD #A
Current Address
TULSA, OK  74129
City                State      ZIP
(501) 777-4670
Telephone

ADVANCED PAIN MANAGEMENT CENTER OF OKLAH
SUITE 100
3840 S 103RD E AVE
TULSA, OK 74146
(918) 921-9700

| | |
|---|---|
| Terminal ID | XXXXXXXXXXXX167 |
| Trans ID | 000000002611 |
| Order ID | 3365 |
| Trans Type | Purchase |
| Clerk ID | LOVELYN |
| Date/Time | 2019-07-08 09:40:22 |
| Card Type | MasterCard |
| Card Number | ~~~~~~~~~~~~ |
| Entry Legend | CHIP READ |
| Entry Method | CONTACT |
| Approval Code | 184407 |
| AC | 5F351C311ADC27B4 |
| ATC | 0012 |
| AID | A0000000041010 |
| AID NAME | DEBIT MASTERCARD |
| TVR | 8000008000 |
| TSI | 6800 |
| Resp CD | 00 |
| TRN REF # | MDB37E6RK0708 |
| Total Amount | USD$115.00 |

Description:_____

Approved - Thank You

x _____[signature]_____
     Cardholder Signature

Buyer agrees to pay total amount above
according to cardholder's agreement with
issuer.

****Customer Copy****
Retain this copy for statement
verification

EXHIBIT A